UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DEVORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BWW RESOURCES, LLC, a Delaware Corporation; INSPIRE BRANDS, INC., a Georgia Corporation; BUFFALO WILD WINGS, INC., a Minnesota Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01586-JAM-AC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FORMAL DISCOVERY AND SCHEDULING ORDER**<br><br>Dist. Judge:     John A. Mendez<br><br>Trial Date:         Not Set<br>Complaint Filed:  July 27, 2021 |

ORDER GRANTING JOINT MOTION TO CONTINUE FORMAL DISCOVERY AND SCHEDULING ORDER

2:21-CV-01586-JAM-AC

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

**ORDER**

Having read and considered the Joint Motion to Continue Formal Discovery and Scheduling Order of Plaintiff RYAN DEVORE ("Plaintiff") and BWW RESOURCES, LLC, INSPIRE BRANDS, INC. and BUFFALO WILD WINGS, INC.'S ("Defendants"), and good cause appearing therefore, the Court hereby approves the Parties' Joint Motion and orders as follows:

1. Formal discovery is stayed pending the Parties' mediation on June 20, 2022, or upon 30-days' notice from one party that the mediation is cancelled;

2. Initial disclosures are stayed pending the Parties' mediation on June 20, 2022, or upon 30-days' notice from one party that the mediation is cancelled;

3. All dispositive and non-dispositive motion dates are stayed pending the Parties' mediation on June 20, 2022, or upon 30-days' notice from one party that the mediation is cancelled;

4. Filing of Joint Status Report is stayed pending the Parties' mediation on June 20, 2022, or upon 30-days' notice from one party that the mediation is cancelled;

5. Scheduling Order is stayed pending the Parties' mediation on June 20, 2022, or upon 30-days' notice from one party that the mediation is cancelled;

6. Status Conference is stayed pending the Parties' mediation on June 20, 2022, or upon 30-days' notice from one party that the mediation is cancelled.

**PURSUANT TO JOINT MOTION, IT IS SO ORDERED.**

DATED: October 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

ORDER GRANTING JOINT MOTION TO CONTINUE FORMAL DISCOVERY AND SCHEDULING ORDER

1

2:21-CV-01586-JAM-AC