TIMOTHY B. DEL CASTILLO (SBN: 277296)
tdc@castleemploymentlaw.com
LISA L. BRADNER (SBN: 197952)
lb@castleemploymentlaw.com
**CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC**
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

Attorneys for Plaintiff RYAN DEVORE
on behalf of himself and similarly situated employees

STACEY E. JAMES (SBN: 185651)
sjames@littler.com
HEIDI E. HEGEWALD (SBN: 326834)
hhegewald@littler.com
**LITTLER MENDELSON, P.C.**
501 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-4302

Attorneys for Defendants
BWW RESOURCES, LLC INSPIRE BRANDS, INC.
AND BUFFALO WILD WINGS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DEVORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BWW RESOURCES, LLC, a Delaware Corporation; INSPIRE BRANDS, INC., a Georgia Corporation; BUFFALO WILD WINGS, INC., a Minnesota Corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01586- KJM AC<br><br>[Assigned to Chief District Judge Hon. Kimberly J. Mueller]<br><br>**JOINT STIPULATION TO REMAND ACTION FOR SETTLEMENT APPROVAL; [PROPOSED] ORDER**<br><br>**Complaint filed:** July 27, 2021<br>**Removal Filed:** September 3, 2021 |

///

Plaintiff RYAN DEVORE ("Plaintiff"), and Defendants BWW RESOURCES, LLC, a Delaware Corporation; INSPIRE BRANDS, INC., a Georgia Corporation, BUFFALO WILD WINGS, INC., a Minnesota Corporation; Does 1 through 20 (collectively referred to as "Defendants") by and through their counsel of record hereby stipulate and agree as follows:

WHEREAS, on July 27, 2021, Plaintiff commenced a Labor Code Private Attorney General Act and class action in the Superior Court of California for the County of Sacramento, Case No. 34-2021-00304975 (the "Class Action") against Defendants;

WHEREAS, on September 2, 2021, Defendants filed and served their Answer to Plaintiff's Complaint in the Class Action;

WHEREAS, on September 3, 2021, Defendants filed their Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 with the United States District Court for the Eastern District of California;

WHEREAS, on June 7, 2021, Guadalupe Antonio Sanchez commenced a separate but related Class Action in the Superior Court of California for the County of San Diego, Case No. 37-2021-00024806 (the "Sanchez Action") against Defendants for similar alleged violations of the California Labor Code;

WHEREAS, the Parties in this Class Action and the Sanchez Action attended mediation with Tripper Ortman on June 20, 2022 for both the Actions and settled both Actions for less than $5,000,000;

WHEREAS, a material term of the settlement reached and Memorandum of Understanding includes remanding this Class Action to the Sacramento County Superior Court and amending the Class Action to add Guadalupe Antonio Sanchez and additional claims, for settlement purposes and settlement approval purposes only;

WHEREAS, if the settlement is not approved, Plaintiff will not oppose Defendant removing the Class Action again.

**IT IS SO STIPULATED.**

Dated: June 21, 2022     **Castle Law: California Employment Counsel, PC**

By: __/s/ Lisa L. Bradner_____
 Timothy B. Del Castillo
 Lisa L. Bradner
 Attorneys for Plaintiff RYAN DEVORE and the Class

Dated: June 24, 2022     **LITTLER MENDELSON, P.C.**

By: _____/s/ Stacey E. James__
 Stacey E. James
 Heidi E. Hegewald
 Attorneys for Defendants BWW RESOURCES, LLC, INSPIRE BRANDS, INC., BUFFALO WILD WINGS, INC.

## ATTESTATION REGARDING E-SIGNATURES

Pursuant to Local Rule 131(e) I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature (*/s/*) within this e-filed document.

By: ___/s/ Lisa L. Bradner_____
 Lisa L. Bradner

**[PROPOSED] ORDER**

Having considered the Joint Stipulation between the Parties, and good cause appearing therefore, this Court hereby GRANTS the Parties' request to remand the case to Sacramento County Superior Court. All further Case Management Conferences are vacated.

**IT IS SO ORDERED.**

Dated: _____  _____

**Hon. Kimberly J. Mueller**
**Chief District Judge**